**Order entered May 4, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01051-CV

## LEONARD M. CHERMACK AND JANET CHERMACK, Appellants

## V.

## NATIONSTAR MORTGAGE COMPANY LLC, Appellee

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-03076-2017**

## ORDER

Before the Court is appellee's April 28, 2021 unopposed second motion to extend time to file its brief. Appellee explains the extension is necessary, in part, to allow for settlement discussions.

We **GRANT** the motion and **ORDER** either the brief or a status report be filed no later than June 7, 2021.

/s/     ROBERT D. BURNS, III
          CHIEF JUSTICE